

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00315-CR

Jonathan **WALKER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR10301
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED AS MODIFIED. The trial court's judgments and bill of costs in Counts II, III, IV, V, VI, VII, VIII, and IX are MODIFIED to reflect total court costs in the amount of $0.00. The remainder of the trial court's judgments are AFFIRMED.

SIGNED July 2, 2025.

_____
Lori I. Valenzuela, Justice